UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LEWIS BOBO,<br><br>Plaintiff,<br><br>v.<br><br>UNION GOSPEL MISSION,<br><br>Defendant. | No. 2:19-cv-0764 KJM DB PS<br><br><br><br>ORDER |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

On October 7, 2019, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and plaintiff has not filed any objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo. See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

1

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 7, 2019 (ECF No. 3) are adopted in full;

2. Plaintiff's May 2, 2019 application to proceed in forma pauperis (ECF No. 2) is denied;

3. Plaintiff's May 2, 2019 complaint (ECF No. 1) is dismissed without prejudice;

4. This action is dismissed; and

5. The clerk of court is directed to close this case.

DATED: January 8, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

/bobo0764.jo